UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| KOSMAS KOUSTAS | ) | |
| | ) | |
| v. | ) | No.  18-cv-00738-LM |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

ASSENTED-TO MOTION FOR STATUS CONFERENCE

The government requests the Court schedule a status conference in this matter.

Counsel for Kosmas Koustas assents to this motion.

Dated:  August 28, 2019                    Respectfully submitted,

                                           SCOTT W. MURRAY
                                           United States Attorney

                                           By: /s/  Seth R. Aframe
                                           Seth R. Aframe
                                           Assistant U.S. Attorney
                                           MA Bar No. 643288
                                           53 Pleasant Street, 4th Floor
                                           Concord, NH  03301
                                           (603) 225-1552
                                           seth.aframe@usdoj.gov