UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kosmas Koustas

    v.

United States of America

Case No. 18-cv-738-LM

## JUDGMENT

In accordance with the Order of Chief Judge Landya B. McCafferty dated September 24, 2019, judgment is hereby entered.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: October 9, 2019

cc: Counsel of Record